IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LYNDA G. ARMSTRONG, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| versus | § | CIVIL ACTION NO. H-02-4398 |
| | § | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | § § | |
| | § | |
| *Defendant.* | § | |

## MEMORANDUM AND ORDER

On August 13, 2007, Magistrate Judge Calvin Botley issued a Memorandum and Recommendation on the Motion and Supplemental Motion for Authorization of Attorney's Fees, brought pursuant to the Social Security Act, 42 U.S.C. § 406(b), filed by Victor N. Makris ("Makris"), attorney for Plaintiff Lynda G. Armstrong ("Armstrong"). [Doc. #'s 21, 24, 27].

This Court has reviewed the Memorandum and Recommendation [Doc. # 27], noting that no objections have been filed, and Makris' motion and supplemental motion for authorization of attorney's fees. The Commissioner did not oppose the fee requested by Makris, as supplemented, and the Magistrate Judge determined that Makris' request for attorney's fees was reasonable and warranted. This Court concurs and, therefore, will adopt the recommendation of the Magistrate Judge that Makris' motion and supplemental motion for authorization of attorney's fees be granted. It is, therefore,

**ORDERED** that the Memorandum and Recommendation is **ADOPTED** as this Court's Memorandum and Order. It is further

**ORDERED** that Makris' Motion and Supplemental Motion for Authorization of Attorney's Fees [Doc. #'s 21 and # 24], brought pursuant to the Social Security Act, 42 U.S.C. § 406(b), are **GRANTED**. It is further

**ORDERED** that within sixty (60) days of the entry of this Memorandum and Order, the Commissioner is to pay Makris $6,391.25, as a reasonable and necessary fee for the services he performed in federal court on behalf of Armstrong in this matter.

The Clerk of the Court shall file this Memorandum and Order and provide the parties with a true copy.

**SIGNED** at Houston, Texas on this the 4th day of Sept, 2007.

NANCY F. ATLAS
UNITED STATES DISTRICT JUDGE